Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 3751 | DATE | 8/31/2004 |
| CASE TITLE | ARCHITECTURAL IRON WORKERS LOCAL 63 et al vs. LAKESIDE ARCHITECTURAL METALS | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiffs' motion for default judgment is granted. Enter judgment in favor of plaintiffs et al and against defendant in the amount of $259,411.16.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| ✓ | Notified counsel by telephone. | | SEP - 1 2004 date docketed | 4 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| JS | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' UNION LOCAL NO. 63 WELFARE PLAN, et.al., <br><br> Plaintiffs, <br><br> v. <br><br> LAKESIDE ARCHITECTURAL METALS, <br><br> Defendant. | ) ) ) ) ) ) ) Judge Holderman ) Case No.: 04 C 3751 ) ) ) ) |

### *Judgment Order*

WHEREAS, the Plaintiffs filed their complaint on June 1, 2004 and the Defendant was personally served with copies of Complaint and Summons; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Default Judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint; and

IT IS HEREBY ORDERD, ADJUDGED AND DECREED the Judgment is entered on behalf of the Plaintiffs and against the Defendant, Lakeside Architectural Metals in the sum of $259,411.16 representing the following amounts:

| | |
|---|---|
| Unpaid contributions | $223,295.37 |
| Interest | $11,430.00 |
| Liquidated damages | $23,329.54 |
| Attorney Fees | $1,356.25 |
| **Grand Total** | **$259,411.16** |

ENTERED:

*[signature]*
HON. JAMES F. HOLDERMAN
DATE: AUG 31 2004

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343